

# PELTON GRAHAM LLC
## ADVOCATES FOR JUSTICE

August 17, 2020

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable Steven I. Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

   **Re:**  ***Sheraz Khalid, et al. v. DJ Shirley 1 Inc., et al.***
       **Civil Action No. 2:15 Civ. 5926 (SIL)**

      ***Alexander Torres, et al. v. DJ Southhold, Inc., et al.***
       **Civil Action No. 2:17 Civ. 5123 (SIL)**

Dear Judge Locke:

  As Your Honor is aware, this firm represents Plaintiffs in the above-referenced actions. We write jointly with Defendants, pursuant to Your Honor's August 10, 2010 Order (Khalid Dkt. No. 155; Torres Dkt. No. 69), to submit the parties' revised Settlement Agreement and proposed Notice of Class Action Settlement ("Notice") for Your Honor's review and approval.

  The Settlement Agreement[1] has been revised as follows:

1. Paragraph 3.4 of the Settlement Agreement, entitled Preliminary Approval Notice, was revised to clarify that the Administrator may send notice by email. Specifically, the parties included the following language: "If all the mechanisms for sending the Notice by mail fail, the Administrator may send the Notice by email if an email address is available."

2. Paragraph 5.4 of the Settlement Agreement was completely removed and replaced with the following: "**Settlement of State Court Actions.** The release contained in this Agreement shall be effective as of the date of Final Approval. So long as this Agreement is finalized, the Parties will cooperate in taking the necessary steps to dismiss the State Court Actions. There are no separate settlement agreements in the State Court Actions and, as such, none will be appended to this Agreement."

---

[1] Both redlined and clean final versions of the Settlement Agreement are attached hereto as Exhibits A and B, respectively.

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com

The Notice[2] has been revised as follows:

1. The titles on the bottom of page 1 are now readable.

2. The word "any" was replaced with "a" in the Do Nothing box on the top of page 2.

3. The last sentence of section 2 was edited to reflect that the Court granted summary judgment to Plaintiffs on their spread-of-hours claims.

4. The first sentence of section 4 on the top of page 3 was amended to include the word Court.

5. The last sentence on page 3 was amended to replace the title "Settlement Administrator" with "Claims Administrator", as is consistent with the remainder of the Notice.

6. The first sentence of section 9 on page 4 was amended to include the details of the fairness hearing.

7. Section 10 on page 4 was edited to include the full release period through the date of preliminary approval, August 10, 2020.

8. The details of the fairness hearing were added to the section entitled "The Court's Fairness Hearing" on the bottom of page 6. In the same section, the word "only" and "first" were added to clarify that class members may only ask to speak at the fairness hearing if they file timely objections first.

With these revisions, the parties respectfully request Your Honor's approval of the attached revised Settlement Agreement and Notice. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

Enclosure

cc: All counsel (via CM/ECF)

---

[2] Both redlined and clean final versions of the Notice are attached hereto as Exhibits C and D, respectively.