**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
Alison L. Mangiatordi
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700
*Attorneys for Plaintiffs, the Collective
and the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHERAZ KHALID, SURESH PATEL and MOHAMMED SALEH**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**DJ SHIRLEY 1 INC. d/b/a DUNKIN' DONUTS, DJ HOLBROOK INC. d/b/a DUNKIN' DONUTS, DJ SOUTHHOLD, INC. d/b/a DUNKIN' DOUNTS, SANJAY JAIN, NEERJA JAIN,** and **JOHN DOE CORPS. #1-13**, Jointly and Severally,<br><br>Defendants. | 15 Civ. 5926 (SIL) |
| **ALEXANDER SIGUENZA TORRES, SNE HA VAGHELA,** and **KRISHNABA ZALA**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**DJ SOUTHHOLD, INC. d/b/a DUNKIN' DOUNTS, DJ SOUTHAMPTON, INC. d/b/a DUNKIN' DONUTS, DJ HAMPTON BAYS INC., DJ RIVERHEAD INC., DJ BRIDGEHAMPTON, INC., SANJAY** | 17 Civ. 5123 (SIL) |

JAIN, NEERJA JAIN, and SHASHANK JARETH, Jointly and Severally,

       Defendants.

**NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS**

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to December 21, 2020, the exhibits annexed thereto including the declaration of Jeffrey Pirrung and the exhibits annexed thereto, the accompanying memorandum of law in support of the joint motion for final approval of the settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the Honorable Steven I. Locke, United States Magistrate Judge, in the United States District Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release;

(2) granting final approval of the FLSA settlement;

(3) granting a service award to the six (6) Named Plaintiffs in the above-captioned actions in the amount of $45,000.00 total in recognition of the services he rendered on behalf of the class;

(4) awarding Class Counsel's attorneys' fees of one-third (1/3) of the Settlement Fund and reimbursement of litigation expenses in the amount of $25,210.15;

(5) awarding Settlement Administrator's fees of $10,099.00 to be paid from the Settlement Fund; and

(6) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiffs' [PROPOSED] ORDER ON JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated: New York, New York
      December 21, 2020

Respectfully submitted,

**PELTON GRAHAM LLC**

By: /s/*Brent E. Pelton*
Brent E. Pelton
Taylor B. Graham
Alison L. Mangiatordi
111 Broadway, Suite 1503
New York, New York 10006
Telephone: (212) 385-9700
Facsimile: (212) 385-0800

*Attorneys for Plaintiffs, the Collective and the Class*